FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN DALEY, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL LLC, a Delaware corporation,<br><br>Defendant. | No.   2:18-CV-00384-SMJ<br><br>**ORDER DISMISSING CASE** |

On February 1, 2019, Plaintiff Ryan Daley filed a notice of dismissal, ECF No. 4. Defendant Avenue5 Residential LLC has served neither an answer nor a summary judgment motion. Consistent with Plaintiff's notice of dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

   **1.**   Plaintiff's Notice of Voluntary Dismissal – Case, **ECF No. 4**, is **ACKNOWLEDGED**.

   **2.**   All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT**.

   **4.**   All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of February 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2